UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KENNETH L. LAWSON**<br>*Plaintiff,*<br><br>vs.<br><br>**CHIEF JUSTICE SHARON KENNEDY,**<br>*et al.*<br>*Defendants.* | Case No: 2:25-cv-607<br><br>Judge: Michael H. Watson<br><br>Magistrate Judge: Chelsey M. Vascura<br><br><br>**Plaintiff's Proposed Scheduling Order** |

Pursuant to the status conference with the Court on June 11, 2025, Plaintiff hereby submits the following proposed scheduling order:

1. Plaintiff file supplemental briefing by June 27, 2025 to include

    a. The application of the *Rooker Feldman* doctrine to this case;

    b. Response to Court question regarding OLAP;

    c. Response to Court question about Ohio as one of only four states with permanent disbarment rule;

    d. Any additional evidence in Plaintiff possession;

    e. Basis for seeking expedited consideration of case and what discovery needed;

2. Defendants will file a combined response to Plaintiff's original motion and supplemental briefing by July 18, 2015;

3. Plaintiff will file a reply by Aug 1, 2025.

4. Plaintiff seeks a hearing on his request for a Declaratory Judgment on his claims under 42 U.S.C. §1983 and on his request for a Preliminary Injunction on his claim under the American with Disabilities Act. He does not seek a preliminary injunction on his claims under 42 U.S.C. §1983 at this time. Plaintiff requests that the Court schedule the hearing in August, 2025.

5. Plaintiff notes that Judge Watson was personally involved in the proceedings that resulted in the Plaintiff being disbarred from practicing law in this federal court pursuant to this Court's rule on reciprocal discipline. See *In re Kenneth Lawson*, USDC, SD OH, Case No. 1:07-MC-021, Doc. 20, citing Rule II of the Model Rules of Disciplinary Enforcement adopted by this Court on February 1, 1979. Plaintiff agrees to waive any claim for disqualification pursuant to 28 U.S.C. §455 (a) and (e).

Respectfully submitted,

|  | /s/Alphonse A. Gerhardstein<br><br>Alphonse A. Gerhardstein (#0032053)<br>Friedman, Gilbert + Gerhardstein<br>35 E 7th Street, Suite 201<br>Cincinnati, Ohio 45202<br>T: 513-572-4200<br>F: 216-621-0427<br>al@fggfirm.com<br>*Trial Attorney for Plaintiff*<br><br>David C. Greer (#0009090)<br>Bieser, Greer & Landis, LLP<br>409 East Monument Avenue, Ste 400<br>Dayton, Ohio 45402<br>T: 937-272-4459<br>F: 937-223-6339<br>dcg@biesergreer.com<br>*Attorney for Plaintiff* |
|---|---|

2

|  | Mark A. Vander Laan (#0013297)<br>Angela S. Larsen (#0105189)<br>Ohio Justice and Policy Center<br>215 E 9th St. Suite 601<br>Cincinnati, OH 45202<br>T: 513-421-1108<br>F: 513-562-3200<br>mvanderlaan@ohiojpc.org<br>alarsen@ohiojpc.org<br><br>*Attorneys for Plaintiff* |
|---|---|

## CERTIFICATE OF SERVICE

    I hereby certify that on June 13, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/Alphonse A. Gerhardstein
                                              Alphonse A. Gerhardstein