UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kenneth Lawson,

    Plaintiff,

    v.

Chief Justice Sharon Kennedy, et al.,

    Defendant

Case No. 2:25-cv-607

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

This matter came before the Court for an informal preliminary conference pursuant to Southern District of Ohio Civil Rule 65.1 on June 11, 2025. Upon the Court's request at that conference, the parties filed proposed briefing schedules, ECF Nos. 13, 14. Having reviewed the same, the Court **ORDERS** as follows:

- Plaintiff shall file supplemental briefing on or before **June 27, 2025**, that includes argument as to:
    - How the *Rooker-Feldman* doctrine applies, if at all, in this case;
    - The Court's questions regarding Plaintiff's OLAP participation;
    - Any additional evidence in Plaintiff's possession; and
    - The basis for seeking expedited consideration of this case and the scope of (1) discovery necessary for resolution of

Plaintiff's request for preliminary relief; and (2) discovery necessary for final resolution of all claims.

- Defendants shall file a combined response to Plaintiff's original motion, ECF No. 2, and his supplemental briefing on or before **July 18, 2025**, except that Defendants need not respond to the portion of Plaintiff's original motion seeking declaratory relief at this time.
  - The Court further notes that Plaintiff does not seek a preliminary injunction on his claims under 42 U.S.C. § 1983, so Defendant need only respond to Plaintiff's claim for preliminary injunctive relief under the Americans with Disabilities Act ("ADA").
- Plaintiff shall file a reply on or before **August 1, 2025**.
- Plaintiff seeks a hearing on his request for a declaratory judgment on his Section 1983 claims and his request for a preliminary injunction on his ADA claim. The Court will evaluate the need for a hearing on these matters and schedule such hearing, if necessary, by separate order.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT